Certificate Number: 13858-WIW-DE-035535659

Bankruptcy Case Number: 19-11761



13858-WIW-DE-035535659

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 5, 2021</u>, at <u>12:25</u> o'clock <u>PM CDT</u>, <u>Peter Steven Zimpelman</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Wisconsin</u>.

Date:   <u>April 5, 2021</u>            By:    <u>/s/Shauna B. Curtsinger</u>

                                    Name:  <u>Shauna B. Curtsinger</u>

                                    Title:  <u>Counselor</u>

Certificate Number: 13858-WIW-DE-035504883

Bankruptcy Case Number: 19-11761


13858-WIW-DE-035504883

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 26, 2021, at 3:54 o'clock PM CDT, Sadie L Zimpelman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Wisconsin.

Date: March 26, 2021     By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor